MALCOLM E. SMITH et al., Respondents, *v.* CHAPIN HOME FOR THE AGED AND INFIRM, Appellant.

*Commissions — brokers' commissions on sale of real property — questions of fact as to employment and procuring cause of sale.*

Smith v. *Chapin Home for Aged & Infirm*, 184 App. Div. 102, affirmed.
(Argued April 28, 1920; decided June 1, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1918, reversing a judgment in favor of defendant entered upon a verdict directed by the court and granting a new trial. The action was to recover commissions alleged to have been earned by plaintiffs, who were real estate brokers, in procuring a purchaser for real property belonging to defendant. The principal questions litigated were whether the plaintiffs were employed by the defendant to procure a purchaser, and whether the plaintiffs were the procuring cause of the sale which finally resulted. The Appellate Division held that there was evidence on both questions which should have been submitted to the jury.

*George N. Hamlin* for appellant.

*Franklin Grady* and *Henry de Forest Baldwin* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.